IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINCY LOWMAN, | 1:07-cv-00546-OWW-DLB (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT |
| vs. | |
| D.G. ADAMS, ET AL, | (DOCUMENT #20) |
| Defendants. | |
| _____/ | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 22, 2009, Defendants McGuinness, Loadholt and Dwivedi filed a motion to extend time to respond to plaintiff's complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are granted an extension of time, to and including March 9, 2009, in which to file response to plaintiff's complaint.

IT IS SO ORDERED.

Dated:   **February 5, 2009**          **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE