IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINCY LOWMAN, | CASE NO. 1:07-cv-00546 OWW DLB PC |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO RESPOND TO MOTION TO DISMISS |
| vs. | |
| D.G. ADAMS, et al., | |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff Quincy Lowman ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's first amended complaint, filed on March 3, 2008. On March 9, 2009, Defendants McGuinness, Loadholt and Dwevedi ("Defendants") filed a motion to dismiss pursuant to the unenumerated portion of Rule 12(b) of the Federal Rules of Civil Procedure. Plaintiff has not filed an opposition or statement of non-opposition to the motion. Local Rule 78-230.

Plaintiff is HEREBY ORDERED to file a response to the motion within thirty (30) days of service of this order. Failure to comply with this order will result in a recommendation that this action be dismissed for failure to obey a court order.

IT IS SO ORDERED.

Dated: **April 21, 2009**   **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1